MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                Plaintiff, <br>    v. <br> THOMAS GROSSI, SR., <br>                Defendant. | No. 04-CR-40127 DLJ <br><br> STIPULATION AND ORDER <br> RE: SCHEDULING |
| UNITED STATES OF AMERICA, <br>                Plaintiff, <br>    v. <br> $608,916.58 IN U.S. CURRENCY, AS SUBSTITUTE *RES*, FOR REAL PROPERTY LOCATED AT 2638 MARKET STREET, OAKLAND, CALIFORNIA, <br>                Defendant. | No. 04-CV-03055 DLJ <br><br> STIPULATION AND ORDER <br> RE: SCHEDULING |

1       The parties agree to the rescheduling of plaintiff's motion to dismiss the attorney fees motion, as set forth below. The reason for the rescheduling is that the undersigned Assistant United States Attorney dislocated her shoulder and is having difficulty using a word processor. The parties agree, subject to the Court's approval, that the following schedule is adopted:

1. On or before October 11, 2012, the United States shall file its motion to dismiss the attorneys' fee motion for lack of jurisdiction;

2. On or before October 25, 2012, counsel for claimant will file its opposition to the motion of the United States;

3. On or before November 1, 2012, the United States will file its reply;

4. On November 15, 2012 at 9:00 a.m. in San Jose Courtroom 7, 4th Floor at 280 South First Street, San Jose, CA, the Court will hold a hearing on the fee motion.

5. If the Court rules against the United States on the jurisdictional issue, the parties shall hold an in person meet-and-confer within 20 days of that ruling to determine whether they can informally resolve the fee motion. If the fee motion cannot be resolved, then counsel for the United States will notice a motion for discovery on a 5-week schedule for determination before the Court considers the fee motion. Civ. L. R. 7-2; Fed. R. Crim. P. 32.2(c)(1).

                  \*    \*    \*    \*    \*

IT IS SO STIPULATED:

Dated: September 28, 2012

MELINDA HAAG
United States Attorney
      /s/
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States of America

Dated: September 28, 2012

LAW OFFICES OF DAVID M. MICHAEL
      /s/
DAVID MICHAEL
EDWARD M. BURCH
LAW OFFICES OF DAVID M. MICHAEL
Counsel for Defendant Thomas Grossi, Sr., and Claimant/Petitioner Lauretta Weimer

IT IS SO ORDERED:

Öæ^¼€ŒÐG

HONORABLE D. LOWELL JENSEN
United States District Judge

Stip & Order Re: Sched. of US Mot. to Dism.
CR 04-40127 DLJ
CV 04-3055 DLJ         2